FILED

11/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0490

IN THE SUPREME COURT OF THE STATE OF MONTANA
CASE NO. DA 21-0490

ELLYN NADEAU,
Plaintiff/Appellant/Cross-Appellee

v.

CARY HORNEMAN and DAVID HORNEMAN
Defendants/Appellees/Cross-Appellants

On Appeal from the Montana Twenty-Second Judicial District
Big Horn County Cause No. DV-2018-46
Honorable Judge Matthew Wald

_____

## ORDER GRANTING JOINT MOTION TO STAY APPEAL
_____

Before the Court is the parties' Joint Motion to Stay Appeal, requesting that the Court stay this appeal for a period of ninety (90) days to allow the parties time to finalize their contingent settlement agreement. This motion being unopposed and good cause appearing,

IT IS HEREBY ORDERED that the motion is **GRANTED** and this matter is **STAYED** for ninety (90) days from the date of the motion, to and including February 3, 2022. If they have not already filed dismissal documents, the parties shall file a joint status report on or before February 7, 2022, indicating their settlement progress and whether the stay should be lifted or remain in place.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 8 2021